UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW PETER RASMUSSEN,

       Plaintiff,

   v.

JASON RICHARDS *et al.,*

       Defendants.

Case No.  C07-5219RBL

ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is plaintiff's motion for appointment of counsel  (Dkt. # 12).

    There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances.  <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986); <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1236 (9th Cir. 1984); <u>Aldabe v. Aldabe</u>, 616 F.2d 1089 (9th Cir. 1980).  A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.  <u>Wilborn</u>, 789 F.2d at 1331.

    Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*.  This case does not

ORDER
Page - 1

involve exceptional circumstances which warrant appointment of counsel.  Accordingly, Plaintiff's Motion to Appoint Counsel, (Dkt. # 12), is **DENIED**.

      The Clerk is directed to send a copy of this Order to plaintiff.

      DATED this 23 day of July, 2007.

                                                            */S/ J. Kelley Arnold*
                                                            J. Kelley Arnold
                                                            United States Magistrate Judge