# United States District Court
WESTERN DISTRICT OF WASHINGTON

ANDREW PETER RASMUSSEN III

       v.

JASON RICHARDS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5219RBL

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Defendants Stewart and Gorman are **DISMISSED** from this action **WITH PREJUDICE**. The action appears time barred. In addition, plaintiff pleads no fact showing personal participation by these defendants and the defendants are entitled to qualified immunity from damages.

| | |
|---|---|
|   September 13, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |