UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW PETER RASMUSSEN III,

        Plaintiff,

        v.

JASON RICHARDS, *et al.*,

        Defendants.

Case No.  C07-5219RBL

ORDER ADOPTING
THE REPORT AND
RECOMMENDATION

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant Richards is **DISMISSED** from this action **WITH PREJUDICE.**  The action is **DISMISSED** as there is no remaining defendant.

    (3)    The Clerk is directed to send copies of this Order to plaintiff, defendants who have appeared, and to the Hon. J. Kelley Arnold.

DATED this 16th day of November, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1