# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANDREW PETER RASMUSSEN III

JUDGMENT IN A CIVIL CASE

v.

JASON RICHARDS, et al

CASE NUMBER: C07-5219RBL

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Defendant Richards is **DISMISSED** from this action **WITH PREJUDICE**. The action is **DISMISSED** as there is no remaining defendant.

  November 19, 2007                                        BRUCE RIFKIN
Date                                                      Clerk

                                                          *s/CM Gonzalez*
                                                          Deputy Clerk